United States District Court

Western District of Kentucky

Case No:

FILED
JAMES J. VILT, JR. - CLERK

MAY 20 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Mr. Vilt:

This request to be filed in Federal Court instead of Circuit since there

Is no diversity of residency is because Plaintiff does not think she can

Get a fair hearing, let alone trial, in Jefferson Circuit Court since all

Judges are elected in the County and work 2 blocks from City Hall.

It does, however, meet the other 2 requirements.

Thank you.

*Peppy Martin  5-21-24*

Peppy Martin